**B1 (Official Form 1)(1/08)**

| United States Bankruptcy Court<br>Southern District of New York | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bastone Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Iannellis Cucina** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**13-4110598** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**359 Mamaroneck Avenue**<br>**White Plains, NY**<br>ZIP Code **10605** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Westchester** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Bastone Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
Signature of Attorney for Debtor(s)        (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bastone Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Anne Penachio**
Signature of Attorney for Debtor(s)

**Anne Penachio**
Printed Name of Attorney for Debtor(s)

**Penachio Malara, LLP**
Firm Name

**235 Main Street, 6th Floor**
**White Plains, NY 10601**
_____
Address

             **Email: FMalara@PMLawLLP.com**
**914-946-2889 Fax: 914-946-2882**
Telephone Number

**January 16, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mario Ianelli**
Signature of Authorized Individual

**Mario Ianelli**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**January 16, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re **Bastone Inc.**     Case No. _____

                      Debtor(s)     Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **ANS Seafood** <br> **2 Williams Street** <br> **Elmsford, NY 10523** | **ANS Seafood** <br> **2 Williams Street** <br> **Elmsford, NY 10523** | **Trade debt** | | **2,720.52** |
| **Audio Visual World** <br> **136 First St.** <br> **Nanuet, NY 10954** | **Audio Visual World** <br> **136 First St.** <br> **Nanuet, NY 10954** | **Mechanics lien on building** | | **11,500.00** <br><br> **(0.00 secured)** |
| **Bayside Seafood** <br> **28537 Sussex Highway** <br> **Laurel, DE 19956** | **Bayside Seafood** <br> **28537 Sussex Highway** <br> **Laurel, DE 19956** | **Trade Debt** | | **4,574.00** |
| **Casa Bianca** <br> **16 Graner Placwe** <br> **Yonkers, NY 10703-1703** | **Casa Bianca** <br> **16 Graner Placwe** <br> **Yonkers, NY 10703-1703** | **Trade Debt** | | **16,000.00** |
| **Consolidated Edison** <br> **PO BOX 1005** <br> **Spring Valley, NY 10977** | **Consolidated Edison** <br> **PO BOX 1005** <br> **Spring Valley, NY 10977** | **Trade Debt/Utility** | | **8,347.35** |
| **Fisher & Miller** <br> **85 Westmoreland Avenue** <br> **White Plains, NY 10606** | **Fisher & Miller** <br> **85 Westmoreland Avenue** <br> **White Plains, NY 10606** | **Trade Debt** | | **9,147.32** |
| **Frank Salvi, Esq.** <br> **445 Hamilton Avenue** <br> **White Plains, NY 10601** | **Frank Salvi, Esq.** <br> **445 Hamilton Avenue** <br> **White Plains, NY 10601** | **Trade Debt** | | **4,978.00** |
| **Greenridge Management** <br> **701 Westchester Avenue** <br> **Suite 310W** <br> **White Plains, NY 10605** | **Greenridge Management** <br> **701 Westchester Avenue** <br> **Suite 310W** <br> **White Plains, NY 10605** | **Landlord** | | **37,000.00** |
| **Irina Nica** <br> **c/o Patrick Bliss, Esq.** <br> **399 Knollwood Rd.** <br> **White Plains, NY 10603** | **Irina Nica** <br> **c/o Patrick Bliss, Esq.** <br> **399 Knollwood Rd.** <br> **White Plains, NY 10603** | **Trade Debt** | | **17,000.00** |
| **Java Medic Group** <br> **54 Miller Rd.** <br> **Mahopac, NY 10541** | **Java Medic Group** <br> **54 Miller Rd.** <br> **Mahopac, NY 10541** | **Trade Debt** | | **3,500.00** |
| **Jeraci** <br> **90 Fairview Dr.** <br> **Elmsford, NY 10523** | **Jeraci** <br> **90 Fairview Dr.** <br> **Elmsford, NY 10523** | **Trade Debt** | | **11,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Bastone Inc.** Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Marvin Produce<br>1354 Rutherford Rd.<br>Greenville, SC 29609-3145 | Marvin Produce<br>1354 Rutherford Rd.<br>Greenville, SC 29609-3145 | Trade Debt | | 4,000.00 |
| Monarc Seafood<br>PO Box 6465<br>80 South Broadway<br>Jersey City, NJ 07306 | Monarc Seafood<br>PO Box 6465<br>80 South Broadway<br>Jersey City, NJ 07306 | Trade Debt | | 4,372.76 |
| New Roc Dist<br>43 Church Street<br>New Rochelle, NY 10801 | New Roc Dist<br>43 Church Street<br>New Rochelle, NY 10801 | Trade Debt | | 8,693.00 |
| Paul Fatizzi<br>8 Fulton Street<br>White Plains, NY 10606 | Paul Fatizzi<br>8 Fulton Street<br>White Plains, NY 10606 | Trade Debt | | 2,516.00 |
| Sassone Wholesale<br>1706 Bronxdale Avenue<br>Bronx, NY 10462 | Sassone Wholesale<br>1706 Bronxdale Avenue<br>Bronx, NY 10462 | | | 25,428.00 |
| Sensible Choice Contractors<br>PO Box 366<br>Yonkers, NY 10704 | Sensible Choice Contractors<br>PO Box 366<br>Yonkers, NY 10704 | Loan | | 20,000.00 |
| Sound Restaurant Supply<br>PO Box 627<br>Mamaroneck, NY 10543 | Sound Restaurant Supply<br>PO Box 627<br>Mamaroneck, NY 10543 | Trade Debt | | 5,009.45 |
| Sysco Food Distributor<br>162 S. Robinson Avenue<br>Newburgh, NY 12550 | Sysco Food Distributor<br>162 S. Robinson Avenue<br>Newburgh, NY 12550 | Trade Debt | | 13,253.33 |
| Top Dog<br>17 Agnew Farm Rd.<br>Armonk, NY 10504 | Top Dog<br>17 Agnew Farm Rd.<br>Armonk, NY 10504 | Trade Debt | | 4,556.75 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **January 16, 2010**   Signature **/s/ Mario Ianelli**
**Mario Ianelli**
**Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re  **Bastone Inc.**  ,
Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kathleen Iannelli**<br>**1001 Croyden Road**<br>**Yonkers, NY 10710** | **Common** | **200** | **NPV** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **January 16, 2010**  Signature **/s/ Mario Ianelli**
 Mario Ianelli
 Manager

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of New York

In re   **Bastone Inc.**                                           Case No.
                          Debtor(s)                                Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 16, 2010**          **/s/ Mario Ianelli**
                                      **Mario Ianelli**/**Manager**
                                      Signer/Title

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

AMERIMERCHANT
475 PARK AVENUE SOUTH
16TH FLOOR
NEW YORK, NY 10016


ANS SEAFOOD
2 WILLIAMS STREET
ELMSFORD, NY 10523


AUDIO VISUAL WORLD
136 FIRST ST.
NANUET, NY 10954


BAYSIDE SEAFOOD
28537 SUSSEX HIGHWAY
LAUREL, DE 19956


CABLEVISION
1111 STEWART AVE
BETHPAGE, NY 11714


CASA BIANCA
16 GRANER PLACWE
YONKERS, NY 10703-1703


CONSOLIDATED EDISON
PO BOX 1005
SPRING VALLEY, NY 10977


DIANE D'AGOSTINO
12 HILLSIDE AVENUE
PLEASANTVILLE, NY 10570


ECO LAB
7373 KIRKWOOD COURT
MINNEAPOLIS, MN 55369


EMPIRE MERCHANTS
21 EAST VALLEY STREAM BLVD.
VALLEY STREAM, NY 11580


FISHER & MILLER
85 WESTMORELAND AVENUE
WHITE PLAINS, NY 10606

FRANK SALVI, ESQ.
445 HAMILTON AVENUE
WHITE PLAINS, NY 10601


GREENRIDGE MANAGEMENT
701 WESTCHESTER AVENUE
SUITE 310W
WHITE PLAINS, NY 10605


HOME DEPOT CREDIT SERVICES
PO BOX 66768
HOUSTON, TX 77266


IRINA NICA
C/O PATRICK BLISS, ESQ.
399 KNOLLWOOD RD.
WHITE PLAINS, NY 10603


JAVA MEDIC GROUP
54 MILLER RD.
MAHOPAC, NY 10541


JERACI
90 FAIRVIEW DR.
ELMSFORD, NY 10523


JOSEPH IANNELLI
4395 WILDWOOD LANE B
BOYNTON BEACH, FL 33436


LIBERTY BANK
6139 ASHWORTH ROAD
WEST DES MOINES, IA 50266


LUIGI DOLGETTA
C/O GEORGE GALGANO, ESQ.
399 KNOLLWOOD RD.
WHITE PLAINS, NY 10603


MARVIN PRODUCE
1354 RUTHERFORD RD.
GREENVILLE, SC 29609-3145

MERCHANTS ADVANCE
PO BOX 372
JERICHO, NY 11753


MONARC SEAFOOD
PO BOX 6465
80 SOUTH BROADWAY
JERSEY CITY, NJ 07306


NEW ROC DIST
43 CHURCH STREET
NEW ROCHELLE, NY 10801


PAUL FATIZZI
8 FULTON STREET
WHITE PLAINS, NY 10606


REWARDS NETWORK
2N RIVERSIDE PLAZA
SUITE 950
CHICAGO, IL 60606


SASSONE WHOLESALE
1706 BRONXDALE AVENUE
BRONX, NY 10462


SENSIBLE CHOICE CONTRACTORS
PO BOX 366
YONKERS, NY 10704


SOUND RESTAURANT SUPPLY
PO BOX 627
MAMARONECK, NY 10543


SYSCO FOOD DISTRIBUTOR
162 S. ROBINSON AVENUE
NEWBURGH, NY 12550


TOP DOG
17 AGNEW FARM RD.
ARMONK, NY 10504


VERIZON
140 WEST STREET
NEW YORK, NY 10007

# United States Bankruptcy Court
## Southern District of New York

In re **Bastone Inc.**

Debtor(s)

Case No.

Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Bastone Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 16, 2010**
Date

**/s/ Anne Penachio**
**Anne Penachio**
Signature of Attorney or Litigant
Counsel for **Bastone Inc.**
**Penachio Malara, LLP**
**235 Main Street, 6th Floor**
**White Plains, NY 10601**
**914-946-2889 Fax:914-946-2882**
**FMalara@PMLawLLP.com**