PENACHIO MALARA LLP
235 Main Street
White Plains, NY 10601
(914) 946-2889
Anne Penachio, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION
------------------------------------------X

In re                                              :        CHAPTER 11

    BASTONE, INC. d/b/a IANNELLIS CUCINA,    :        CASE NO.:

    Debtor.                                 :

------------------------------------------X

**AFFIRMATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2**

    **MARIO ANNELLI,** hereby affirms as follows:

    1. I am the Manager of **BASTONE, INC. d/b/a IANNELLIS CUCINA**, a New York Corporation with its principal place of business at 359 Mamaroneck Avenue, White Plains, NY ("Iannellis"). I have served in this position since or about 2007.[1] I submit this affirmation pursuant to Federal Rule of Bankruptcy Procedure 1007(d) and Local Bankruptcy Rule 1007-2.

    2. Iannellis is a restaurant and catering hall which specializes in wholesome, moderately priced Italian food. It serves a wide customer base which primarily consists of local families.

    3. Iannellis' financial reverses were precipitated by a combination of factors including dispute with a former business partner, mismanagement by a prior officer, additional costs associated with an expansion, undercapitalization, rising costs, including utilities, and the general slow down in the economy.

---

[1] Prior to 2007, I worked for the Debtor's predecessor, "A'Mangiare."

1

4. Iannellis expects to reorganize quickly by funding a viable plan through operations. It hopes that a reorganization will be seamless, causing virtually no changes or disruptions to its customers or staff. Iannellis believes that the needs and interests of its creditors and customers will be best served by the Chapter 11 process.

5. This case was not originally commenced as a case under Chapter 7 of 13 of the Bankruptcy Code.

6. No committee was organized prior to the entry of the order for relief in Iannellis' Chapter 11 case.

7. The names and addresses of Iannellis' twenty largest unsecured creditors excluding those creditors who or which would not be entitled to serve on a creditors committee under 11 U.S.C. 702 or "insiders" under 11 U.S.C. 101(31) are set forth on the schedule annexed hereto as <u>Exhibit</u> <u>A</u>.

8. The names and addresses of Iannellis' four largest secured creditors is annexed hereto as <u>Exhibit</u> <u>B</u>.

9. Its assets are limited and consist primarily of leasehold improvements, and receivables. A comprehensive schedule will follow.

10. The Debtor does not have any publically held shares of stock, debentures or other securities.

11. No property of Iannellis is currently in the possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents, secured creditor or any agent for such entity.

12. Iannellis operates its business from the premises located at 359 Mamaroneck

Avenue, White Plains, NY pursuant to a non-residential real property lease. The lease expires by its terms in approximately 13 years. Iannellis' has a option to renew for an additional 5 years.

13. Iannellis' assets and books and records are located at the Premises.

14. There are actions pending against Iannellis. A list is annexed hereto as Exhibit C.

15. Day to day senior management is comprised of myself.

16. Iannellis has approximately ten (10) employees. The estimated weekly payroll to employees (including officers and directors) for the 30 days following is approximately $10,000.00.

17 An estimated schedule of cash receipts and disbursements for the thirty (30) days period following the filing of the Chapter petition, net gain or loss, obligations and receivables expected, other than professional fees, is annexed hereto as Exhibit D. Iannellis' average monthly revenue is approximately $100,000.00.

18. A copy of the corporate resolution authorizing the filing of Iannellis' Chapter 11 proceeding is annexed hereto as Exhibit E.

19. A list of shareholders, directors, and officers is annexed hereto as Exhibit F. There is only one shareholder, Kathleen Iannelli.

20. Iannellis' needs and interests will be best served by its continued possession and management of its business as a debtor-in-possession under Chapter 11.

Dated: January 16, 2010
       White Plains, NY

                                            /s/ Mario Iannelli
                                            _____
                                            Mario Iannelli